THE HONORABLE MARY ALICE THEILER

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| SIONE LUI, | NO. C18-0893-TSZ-MAT |
| Petitioner, | ORDER GRANTING AGREED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONDENT'S ANSWER |
| v. | |
| MIKE OBENLAND, | (~~Proposed~~) |
| Respondent. | |

The Court, having considered the agreed motion for an extension of time to file Respondent's answer, and the records and files herein, does hereby find and ORDER:

1.      The agreed motion for an extension of time to November 2, 2018, to file an answer to the habeas corpus petition is GRANTED.

2.      The Clerk shall send uncertified copies of this Order to counsel for the Petitioner and to counsel for the Respondent.

DATED this 4th day of October, 2018.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING AGREED MOTION
FOR AN EXTENSION OF TIME TO FILE
RESPONDENT'S ANSWER
(~~PROPOSED~~)–
NO. C18-0893-TSZ-MAT

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1

2
Presented by:

3
ROBERT W. FERGUSON
Attorney General

4
s/ John J. Samson
JOHN J. SAMSON, WSBA # 22187

5
Assistant Attorney General

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING AGREED MOTION
FOR AN EXTENSION OF TIME TO FILE
RESPONDENT'S ANSWER
(PROPOSED)–
NO. C18-0893-TSZ-MAT

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445