UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SIONE LUI,

        Petitioner,

v.

MIKE OBENLAND,

        Respondent.

Case No. C18-0893-TSZ-MAT

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

In granting petitioner an extension of time to respond to respondent's answer to the habeas petition, the Court reset the deadline for the filing of the response, but not for a reply. (*See* Dkt. 12; *see also* Dkt. 4 at 2 (providing for filing of a reply).) Because the Court finds a reply would be useful, respondent is herein directed to submit, on or before **April 12, 2019**, a reply responsive to the arguments raised by petitioner in the response. The answer (Dkt. 8) is also renoted for consideration as of that same date.

DATED this <u>27th</u> day of March, 2019.

                WILLIAM M. MCCOOL, Clerk

                By:   s/ Sharita Tolliver
                      Deputy Clerk

MINUTE ORDER - 1