UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SIONE LUI,

        Petitioner,

v.

MIKE OBENLAND,

        Respondent.

C18-893 TSZ

ORDER

Having reviewed the Report and Recommendation, docket no. 17, of the Honorable Mary Alice Theiler, United States Magistrate Judge, petitioner's objections thereto, docket no. 18, and respondent's response, docket no. 19, to petitioner's objections, the Court ORDERS:

(1) The Report and Recommendation is ADOPTED in part and MODIFIED in part;

(2) The Petition for a Writ of Habeas Corpus, docket no. 1, is DENIED, and this action is DISMISSED with prejudice;

(3) Petitioner, however, is GRANTED a certificate of appealability with respect to his ineffective assistance of counsel claims (Grounds 2-5),[1] as to which

---

[1] Petitioner no longer pursues Grounds 7, 8, and 10, in which he asserts ineffective assistance of counsel relating to, respectively, the decision not to present testimony about petitioner's arm injury, the failure to develop "other suspect" evidence, and the choice not to offer as evidence the

ORDER - 1

reasonable jurists could disagree, as evidenced by the dissent in *In re Lui*, 188 Wn.2d 525, 397 P.3d 90 (2017); and

  (4) The Clerk is directed to enter judgment consistent with this Order and to send a copy of the Judgment and this Order to all counsel of record and to Magistrate Judge Theiler.

  IT IS SO ORDERED.

  Dated this 28th day of August, 2019.

                _____
                Thomas S. Zilly
                United States District Judge

---

unrelated misdeeds of Detective Gulla. With regard to petitioner's prosecutorial misconduct claim (Ground 6), a certificate of appealability is DENIED, and petitioner has abandoned all other claims in his habeas petition, *see* Objections at 1 (docket no. 18).